# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-5007**  **September Term, 2005**

05cv1248

In re: Duncan J. McNeil,
Petitioner

```
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED  MAY 1 2 2006
CLERK
```

Filed On:

**BEFORE:** Ginsburg, Chief Judge, and Sentelle and Griffith, Circuit Judges

## ORDER

Upon consideration of the petition for writ of mandamus and the supplement thereto, and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. The petition was filed after all the papers filed in Nos. 05cv1248, 05cv1251, and 05cv2230 were sent to the United States District Court for the Eastern District of Washington, and no electronic version of the pleadings is available. In these circumstances, the physical transfer of the original papers to another district where jurisdiction would lie deprives this court of jurisdiction to review the transfer. See Starnes v. McGuire, 512 F.2d 918, 924 (D.C. Cir. 1974) (en banc). With respect to No. 05cv1250, because the record has not yet been sent, this court will exercise its jurisdiction to review the transfer order. See id. at 925. A writ of mandamus will issue to block a transfer only upon a showing that the district court grossly abused its discretion. See In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam). Petitioner's complaint, which alleges he is being unlawfully incarcerated in the jail in Spokane County, Washington, falls within the scope of habeas corpus and, therefore, must be brought in the judicial district where the prisoner is incarcerated. Accordingly, the district court did not abuse its discretion in transferring the case to the United States District Court for the Eastern District of Washington.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk